SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Harper Batts (CA 242603)
hbatts@sheppardmullin.com
Christopher Ponder (CA 296546)
cponder@sheppardmullin.com
Jeffrey Liang (CA 281429)
jliang@sheppardmullin.com
1540 El Camino Real, Suite 120
Menlo Park, California 94025
Telephone:  650.815.2600
Facsimile:   650.815.2601

Attorneys for Defendants
Visionox Technology, Inc. and
Visionox America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>VISIONOX TECHNOLOGY, INC.; VISIONOX AMERICA, INC.; AND NOTHING TECHNOLOGY LTD.,<br><br>Defendants. | Case No. 5:24-cv-02729-NC<br><br>**NOTICE OF APPEARANCE BY JEFFREY LIANG FOR DEFENDANTS VISIONOX TECHNOLOGY, INC. AND VISIONOX AMERICA, INC.**<br><br>Magistrate Judge:  Hon. Nathanael M. Cousins<br>Courtroom:  5 – 4th Floor<br><br>Complaint Filed:      May 7, 2024<br>Trial Date:              None set |

1     **PLEASE TAKE NOTICE** that Jeffrey Liang of the law firm Sheppard, Mullin, Richter &

2   Hampton LLP, who is registered for CM/ECF and admitted to the Northern District of California,

3   enters his appearance of counsel of record on behalf of Defendants Visionox Technology, Inc. and

4   Visionox America, Inc. in this matter.

5

6   Dated:  July 3, 2024

7                                                   Respectfully submitted,

8                                                   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10                                    By      _/s/ Jeffrey Liang_

11                                            Harper Batts (CA 242603)
                                            hbatts@sheppardmullin.com
12                                            Christopher Ponder (CA 296546)
                                            cponder@sheppardmullin.com
13                                            Jeffrey Liang (CA 281429)
                                            jliang@sheppardmullin.com
14                                            1540 El Camino Real, Suite 120
                                            Menlo Park, California 94025
15                                            Telephone:  650.815.2600
                                            Facsimile:   650.815.2601
16

17                                            *Attorneys for Defendants*
                                            *Visionox Technology, Inc. and*
18                                            *Visionox America, Inc.*

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE BY JEFFREY LIANG FOR DEFENDANTS VISIONOX
TECHNOLOGY, INC. AND VISIONOX AMERICA, INC.